**Adam D. Ford** (UTB# 11363)
**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: adam.ford@fordcranelaw.com
         matthew.crane@fordcranelaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT,
# IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| CAROLYN FORD, | |
| Plaintiff, | **STIPULATED MOTION TO DISMISS WITH PREJUDICE** |
| vs. | |
| ARS-FRESNO, LLC, a California Limited Liability Company, WA AMERICAN FORK LIMITED, a Utah Limited Partnership, and John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X. | Case No. 2:16-CV-322-PMW<br><br>Magistrate Judge Paul M. Warner |
| Defendants. | |

Plaintiff Carolyn Ford and Defendants ARS-Fresno, LLC and WA American Fork Limited (collectively, the "Parties"), by and through undersigned counsel, stipulate and jointly move the Court for an order dismissing this action with prejudice. The Parties have resolved their dispute and agree that this matter should be dismissed with prejudice. A proposed order dismissing all claims with prejudice, approved by all parties, is filed and served herewith.

1

STIPULATED the 10th day of June, 2016.

                                        FORD & CRANE PLLC

                                        /s/ Matthew B. Crane
                                        Adam D. Ford
                                        Matthew B. Crane
                                        *Attorneys for Plaintiff Carolyn Ford*

STIPULATED the 10th day of June, 2016.

                                        JONES WALDO HOLBROOK & McDONOUGH PC

                                        /s/ C. Michael Judd
                                        Michael Patrick O'Brien
                                        C. Michael Judd
                                        *Attorneys for Defendant ARS-Fresno, LLC, and WA American Fork Limited*
                                        (Signed electronically with permission from C. Michael Judd)

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that on the 10th day of June, 2016, I caused a true and correct copy of the foregoing STIPULATED MOTION TO DISMISS WITH PREJUDICE to be filed with the Court via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/ Matthew B. Crane