Order Prepared By:
**Adam D. Ford** (UTB# 11363)
**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: adam.ford@fordcranelaw.com
       matthew.crane@fordcranelaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| CAROLYN FORD,<br><br>      Plaintiff,<br>vs.<br><br>ARS-FRESNO, LLC, a California Limited Liability Company, WA AMERICAN FORK LIMITED, a Utah Limited Partnership, and John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>      Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:16-CV-322-PMW<br><br>Magistrate Judge Paul M. Warner |

This matter is before the court pursuant to the Stipulated Motion to Dismiss with Prejudice which was stipulated to and jointly filed by the parties on June 10, 2016 (the "Motion"). Having reviewed the stipulation of the Parties that they have resolved the controversy between them, there appears good cause that the Motion should be GRANTED.

1

IT IS HEREBY ORDERED, ADJUGED AND DECREED that the action styled above is dismissed, with prejudice.

DATED the 13th day of June, 2016.

BY THE COURT

_____

Magistrate Judge Paul M. Warner